# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 09, 2015

Mr. Sherman A. Botts
Ms. Greer Shirreffs Lang
Mr. Leonard B. Rose
LATHROP & GAGE
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108

RE:  15-2481  Performing Arts Comm. Improv. v. Ace American Insurance Company

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Mr. David R. Erickson
    Mr. Matthew Peter Fortin
    Mr. Anthony R. Martinez
    Mr. Adam R. Moore
    Mr. Matthew Scott Ponzi
    Ms. Ann Thompson

District Court Case Number: 4:13-cv-00945-ODS

**Caption For Case Number:   15-2481**

Performing Arts Community Improvement District

    Plaintiff - Appellant

v.

Ace American Insurance Company

    Defendant - Appellee

**Addresses For Case Participants:   15-2481**

Mr. Sherman A. Botts
Ms. Greer Shirreffs Lang
Mr. Leonard B. Rose
LATHROP & GAGE
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108

Mr. David R. Erickson
Mr. Anthony R. Martinez
SHOOK & HARDY
2555 Grand Boulevard
Kansas City, MO  64108-2613

Mr. Matthew Peter Fortin
Mr. Matthew Scott Ponzi
FORAN & GLENNON
Suite 1400
222 N. LaSalle Street
Chicago, IL  60601

Mr. Adam R. Moore
RASMUSSEN & WILLIS
Suite 400
9200 Ward Parkway
Kansas City, MO  64114

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106